**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:03-cr-5142 OWW |
| ) | |
| Plaintiff, ) | ORDER DENYING DEFENDANT |
| ) | RABBON'S MOTION TO BE |
| v. ) | RELIEVED OF FURTHER |
| ) | OBLIGATION TO REIMBURSE FOR |
| TERRY L. WALTON AND EVERETT A. ) | LEGAL REPRESENTATION |
| RABBON, JR., ) | |
| ) | |
| Defendants. ) | |

Everett A. Rabbon, Jr., Defendant in this case who has previously been convicted, now moves to be relieved of further obligation to reimburse the Federal Defender for legal representation in this case.

Pursuant to a court order entered March 9, 2003, following initial order of March 4, 2003, Mr. Rabbon was ordered to pay the billing amount for representation up to a maximum of $500.00 per month until all funds expended were reimbursed in full or until further order of the Court.

The motion offers no reason for relieving Mr. Rabbon of the payment obligation. It does not allege any changed circumstances to justify abrogation of the payment obligation. He is current in

1

his payments and has paid over $20,000 of the outstanding obligation of $29,052.00 for legal services previously rendered.

Mr. Rabbon has had the substantial benefit of a below market rate of $90.00 per hour for extremely high quality representation by the Federal Defender on his behalf.  Mr. Rabbon has not been billed for 1,287.9 hours of investigation, not billed for paralegal time, and has not been billed for any funds expended on expertsin his defense.

Based on no showing of legal or financial necessity for excuse from the previously imposed court obligation to pay reimbursement for legal representation in this case, Defendant Everett Rabbon, Jr.'s Motion is DENIED.

IT IS SO ORDERED.

Dated:   August 30, 2006                      /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE